**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC : <br><br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> A PERMANENT EASEMENT FOR : <br> 1.93 ACRES AND TEMPORARY : <br> EASEMENTS FOR 1.96 ACRES IN : <br> RICHMONDVILLE, SCHOHARIE COUNTY, : <br> NEW YORK, TAX PARCEL : <br> NUMBER 91.-3-5, : <br> FRANCES D. MURPHY, et al. : <br> : <br> Defendants. : <br> : | CIVIL ACTION <br><br> Case No. <u>1:14-cv-02014-NAM-RFT</u> <br><br> **Electronically Filed** |

## <u>ORDER</u>

AND NOW, this 23rd day of February, 2015, upon consideration of Plaintiff's Omnibus

Motion for Preliminary Injunction for Possession of Rights of Way by February 16, 2015

Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the

documents and arguments submitted in reference thereto, the Motion is hereby GRANTED and:

      (a)     Upon filing the bond required below, beginning February 16, 2015, Plaintiff

Constitution Pipeline Company, LLC ("Constitution") is granted access to, possession of and

entry to the following Rights of Way:

          1.     A permanent right of way and easement, containing 1.93 acres on Tax Parcel Number 91.-3-5 and 1.69 acres on Tax Parcel Number 91.-3-4, as described as "Area of Permanent Right of Way" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering, repairing, changing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment and launchers and receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the Federal Energy

Regulatory Commission pursuant to the Natural Gas Act and the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement.  Defendants shall have a right of ingress and egress across the permanent right of way, but Defendants shall not build any  permanent structures on said permanent right of way or any part thereof, shall not change the grade of said permanent right of way, or any part thereof, shall not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Plaintiff's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Plaintiff's lawful exercise of any of the rights herein granted without first having obtained Plaintiff's approval in writing, and Defendants will not permit others to do any of said acts without first having obtained Plaintiff's approval in writing, except that the landowner may, on each Tax Parcel, construct a single driveway that crosses the permanent right of way perpendicularly after providing reasonable notice to Plaintiff provided that Defendants do not excavate or change the grade of the permanent right of way during construction of said driveway. Plaintiff shall have the right to cut the driveway if necessary to access the pipeline, but will restore the driveway to its original condition.  Within the permanent right of way, Plaintiff shall also have the right from time to time at no additional cost to Defendants to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto.

2.     A permanent access easement, containing 0.42 acres on Tax Parcel Number 91.-3-4, as described as "Area of 50' Wide Permanent Access Road" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering and repairing an access road for ingress, egress and regress to Plaintiff's permanent right of way and easement and its natural gas transmission pipeline together with a right of way and easement to construct, maintain, operate, repair, alter, replace and remove cathodic protection equipment and the necessary appurtenances thereto, such as but not limited to poles, guy wires, anchors, rectifiers, power lines, cables, deep well anode and anode ground beds, in the permanent access easement as approved by the Federal Energy Regulatory Commission pursuant to the Natural Gas Act and the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement.  Further, Defendants shall not excavate,

change the grade of or place any water impoundments or structures on the easement without the written consent of Plaintiff.

3.   Temporary easements of 1.96 acres on Tax Parcel Number 91.-3-5 and 2.40 acres on Tax Parcel Number 91.-3-4, as described as "Area of Temporary Workspace" and "Area of Additional Temporary Workspace" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all activities required by the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014).

(b)    Constitution shall post a bond in the amount of $104,600.00 as security for the payment of just compensation to Defendants.

(c)    Constitution shall record this Order in the County Clerk's Office of Schoharie County, New York.

IT IS SO ORDERED.

**Norman A. Mordue**
**Senior U.S. District Judge**

**EXHIBIT A**

ALT-R-NY-SC-007.000
Tax Parcel ID #91.-3-5



MARY ANN STERNHEIMER
L.L. NO. ALT-R-NY-SC-008.000

50' WIDE PERMANENT EASEMENT

℄ PROPOSED 30" NATURAL GAS PIPELINE

FRANCES D. MURPHY
L.L. NO. ALT-R-NY-SC-006.000

FRANCES D. MURPHY
L.L. NO. ALT-R-NY-SC-007.000
TAX PARCEL ID #
91.-3-5

NOTES:

1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.
2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . . . 1677.97'

AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . 1.93 AC.

AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . 1.79 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . 0.17 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820
DONALD P. SCHELL
MASER CONSULTING P.A.

DATE: 8/6/14

SCALE IN FEET
0        500        1000        1500

| DRAWING NO. | | REFERENCE TITLE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26-03-70/0001-108 | | ALIGNMENT SHEET | | | | | | | | |
| 26-03-70/0001-109 | | ALIGNMENT SHEET | | | | | | | | |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
FRANCES D. MURPHY
TOWN OF RICHMONDVILLE
SCHOHARIE COUNTY, NEW YORK

| NO | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK | APP. | DRAWN BY: GEE | DATE: 05-01-13 | ISSUED FOR BID: | SCALE: 1"= 500' |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-21-14 | GE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: JR | DATE: 05-20-13 | ISSUED FOR CONSTRUCTION: | |
| B | 07-21-14 | GE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 08-04-14 | DRAWING NUMBER: 26-06-85/106.55-1-0 | SHEET 1 |
| 0 | 08-05-14 | GE | APPROVED | 1110415 | | | WO: 1110415 | | | OF 8 |



S 69°30'01" W
34.66'

MARY ANN STERNHEIMER
L.L. NO. ALT–R–NY–SC–008.000

POINT OF COMMENCEMENT

10' WIDE TEMPORARY WORKSPACE #4

50' WIDE PERMANENT EASEMENT

10' WIDE TEMPORARY WORKSPACE #3

10' WIDE TEMPORARY WORKSPACE #2

50'x150' ADDITIONAL TEMPORARY WORKSPACE

CONNECTING COURSE
S 19°27'09" E, 847.46'

℄ PROPOSED 30" NATURAL GAS PIPELINE

10' WIDE TEMPORARY WORKSPACE #1

P.O.B. OF 50' WIDE PERMANENT EASEMENT

50', 40' & 25' WIDE TEMPORARY WORKSPACE

FRANCES D. MURPHY
L.L. NO. ALT-R-NY-SC-007.000
TAX PARCEL ID #
91.-3-5

FRANCES D. MURPHY
L.L. NO. ALT–R–NY–SC–006.000

NOTES:

1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.
2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . 1677.97'
   AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . 1.93 AC.
   AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . 1.79 AC.
   AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . 0.17 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820
DONALD P. SCHELL
MASER CONSULTING P.A. 050820

DATE: 8/6/14

0      300      600      900
SCALE IN FEET

| DRAWING NO. | | | | | | REFERENCE TITLE | | | | CONSTITUTION PIPELINE COMPANY, LLC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-03-70/0001-108 | | | | | | ALIGNMENT SHEET | | | | PROPOSED 30" NATURAL GAS PIPELINE | | |
| 26-03-70/0001-109 | | | | | | ALIGNMENT SHEET | | | | CROSSING PROPERTY OF | | |
| | | | | | | | | | | FRANCES D. MURPHY | | |
| | | | | | | | | | | TOWN OF RICHMONDVILLE | | |
| | | | | | | | | | | SCHOHARIE COUNTY, NEW YORK | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: SJC | DATE: 05-01-13 | ISSUED FOR BID: | | SCALE: 1"=300' |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-21-14 | DE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: JR | DATE: 05-20-13 | ISSUED FOR CONSTRUCTION: | | |
| B | 07-24-14 | DE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 08-04-14 | DRAWING NUMBER 26-06-85/106.55-2-0 | | SHEET 2 |
| 0 | 08-05-14 | DE | APPROVED | 1110415 | | | WO: 1110415 | | | | OF 8 |



MARY ANN STERNHEIMER
L.L. NO. ALT−R−NY−SC−008.000

FRANCES D. MURPHY
L.L. NO. ALT−R−NY−SC−006.000

FRANCES D. MURPHY
L.L. NO. ALT-R-NY-SC-007.000
TAX PARCEL ID #
91.-3-5

NOTES:

1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.

2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . . . . 1677.97'

AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . . 1.93 AC.

AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . . 1.79 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . . . 0.17 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820
DONALD R. SCHEE
MASER CONSULTING P.A.

DATE: 8/6/14

0        300       600       900
SCALE IN FEET

| DRAWING NO. | REFERENCE TITLE | CONSTITUTION PIPELINE COMPANY, LLC |
|---|---|---|
| 26-03-70/0001-108 | ALIGNMENT SHEET | PROPOSED 30" NATURAL GAS PIPELINE |
| 26-03-70/0001-109 | ALIGNMENT SHEET | CROSSING PROPERTY OF |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
FRANCES D. MURPHY
TOWN OF RICHMONDVILLE
SCHOHARIE COUNTY, NEW YORK

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK | APP. | DRAWN BY: | BIE | DATE: 05-01-13 | ISSUED FOR BID: | | SCALE: 1"=300' |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-21-14 | BIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: | JR | DATE: 05-20-13 | ISSUED FOR CONSTRUCTION: | | |
| B | 07-24-14 | BIE | REVISED − ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: | DPS | DATE: 08-04-14 | DRAWING NUMBER 26-06-85/106.55-3-0 | | SHEET 3 |
| 0 | 08-05-14 | BIE | APPROVED | 1110415 | | | W.O: 1110415 | | | | | OF 8 |

## ℄ PROPOSED 30" NATURAL GAS PIPELINE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 1–2 | N 55°41'23" E | 231.97' |
| 2–3 | N 40°41'23" E | 46.59' |
| 3–4 | N 25°41'23" E | 46.59' |
| 4–5 | N 10°41'23" E | 225.37' |
| 5–6 | N 25°41'23" E | 47.52' |
| 6–7 | N 32°31'26" E | 47.52' |
| 7–8 | N 48°31'26" E | 545.80' |
| 8–9 | N 38°46'17" E | 98.56' |
| 9–10 | N 29°01'09" E | 388.05' |

### 50' WIDE PERMANENT EASEMENT

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 11–12 | N 55°41'23" E | 222.04' |
| 12–13 | N 40°41'23" E | 40.01' |
| 13–14 | N 25°41'23" E | 40.01' |
| 14–15 | N 10°41'23" E | 225.37' |
| 15–16 | N 25°41'23" E | 52.31' |
| 16–17 | N 32°31'26" E | 52.53' |
| 17–18 | N 48°31'26" E | 547.19' |
| 18–19 | N 38°46'17" E | 94.29' |
| 19–20 | N 29°01'09" E | 356.62' |
| 20–21 | N 69°30'01" E | 77.02' |
| 21–22 | S 29°01'09" W | 419.47' |
| 22–23 | S 38°46'17" W | 102.82' |
| 23–24 | S 48°31'26" W | 544.42' |
| 24–25 | S 32°31'26" W | 42.52' |
| 25–26 | S 25°41'23" W | 42.74' |
| 26–27 | S 10°41'23" W | 225.37' |
| 27–28 | S 25°41'23" W | 53.18' |
| 28–29 | S 40°41'23" W | 53.18' |
| 29–30 | S 55°41'23" W | 241.89' |
| 30–11 | N 19°27'09" W | 51.73' |

### 50'x150' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 75–76 | N 48°31'26" E | 150.00' |
| 76–77 | S 41°28'34" E | 50.00' |
| 77–78 | S 48°31'26" W | 150.00' |
| 78–75 | N 41°28'34" W | 50.00' |

## 50', 40' & 25' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 30–29 | N 55°41'23" E | 241.89' |
| 29–28 | N 40°41'23" E | 53.18' |
| 28–27 | N 25°41'23" E | 53.18' |
| 27–26 | N 10°41'23" E | 225.37' |
| 26–25 | N 25°41'23" E | 42.74' |
| 25–24 | N 32°31'26" E | 42.52' |
| 24–23 | N 48°31'26" E | 544.42' |
| 23–22 | N 38°46'17" E | 102.82' |
| 22–21 | N 29°01'09" E | 419.47' |
| 21–31 | N 69°30'01" E | 34.66' |
| 31–32 | S 19°34'39" E | 36.66' |
| 32–33 | S 29°01'09" W | 313.11' |
| 33–34 | N 60°58'51" W | 10.00' |
| 34–35 | S 29°01'09" W | 111.90' |
| 35–36 | S 38°46'17" W | 109.65' |
| 36–37 | S 48°31'26" W | 524.38' |
| 37–38 | N 41°28'34" W | 15.00' |
| 38–39 | S 48°31'26" W | 19.94' |
| 39–40 | S 32°31'26" W | 37.51' |
| 40–41 | S 25°41'23" W | 37.96' |
| 41–42 | S 10°41'23" W | 225.37' |
| 42–43 | S 25°41'23" W | 59.76' |
| 43–44 | S 40°41'23" W | 38.24' |
| 44–45 | S 49°18'37" E | 25.00' |
| 45–46 | S 40°41'23" W | 24.81' |
| 46–47 | S 55°41'23" W | 51.95' |
| 47–48 | N 34°18'37" W | 25.00' |
| 48–49 | S 55°41'23" W | 75.83' |
| 49–50 | S 34°18'37" E | 15.00' |
| 50–51 | S 55°41'23" W | 91.61' |
| 51–52 | N 34°18'37" W | 15.09' |
| 52–53 | S 55°41'23" W | 35.69' |
| 53–30 | N 19°27'09" W | 25.77' |

## 10' WIDE TEMPORARY WORKSPACE #1

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 11–54 | N 19°27'09" W | 10.35' |
| 54–55 | N 55°41'23" E | 9.65' |
| 55–56 | S 34°18'37" E | 10.00' |
| 56–11 | S 55°41'23" W | 12.30' |

## 10' WIDE TEMPORARY WORKSPACE #2

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 57–58 | N 49°18'37" W | 10.00' |
| 58–59 | N 40°41'23" E | 5.47' |
| 59–60 | N 25°41'23" E | 37.38' |
| 60–61 | N 10°41'23" E | 43.89' |
| 61–62 | S 79°18'37" E | 10.00' |
| 62–14 | S 10°41'23" W | 45.21' |
| 14–13 | S 25°41'23" W | 40.01' |
| 13–57 | S 40°41'23" W | 6.79' |

## 10' WIDE TEMPORARY WORKSPACE #3

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 63–64 | N 79°18'37" W | 10.00' |
| 64–65 | N 10°41'23" E | 153.68' |
| 65–66 | N 25°41'23" E | 54.22' |
| 66–67 | N 32°31'26" E | 54.53' |
| 67–68 | N 48°31'26" E | 94.64' |
| 68–69 | S 41°28'34" E | 10.00' |
| 69–17 | S 48°31'26" W | 93.24' |
| 17–16 | S 32°31'26" W | 52.53' |
| 16–15 | S 25°41'23" W | 52.31' |
| 15–63 | S 10°41'23" W | 152.36' |

## 10' WIDE TEMPORARY WORKSPACE #4

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 70–71 | N 41°28'34" W | 10.00' |
| 71–72 | N 48°31'26" E | 276.34' |
| 72–73 | N 38°46'17" E | 92.58' |
| 73–74 | N 29°01'09" E | 344.05' |
| 74–20 | N 69°30'01" E | 15.40' |
| 20–19 | S 29°01'09" W | 356.62' |
| 19–18 | S 38°46'17" W | 94.29' |
| 18–70 | S 48°31'26" W | 277.19' |

DATE: 8/6/14

STATE OF NEW YORK
DONALD PHILIP SCHELL
NYSPLS LIC. NO. 050820
DONALD R. SCHELL
MASER CONSULTING P.A.
LAND SURVEYOR
No. 050820

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-100 | ALIGNMENT SHEET |
| 26-03-70/0001-100 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
FRANCES D. MURPHY
TOWN OF RICHMONDVILLE
SCHOHARIE COUNTY, NEW YORK

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | | |
|---|---|---|---|---|---|---|---|---|
| A | 05-21-14 | DIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | DRAWN BY: BIE | DATE: 05-01-13 | ISSUED FOR BID: |
| B | 07-24-14 | DIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: JR | DATE: 05-20-13 | ISSUED FOR CONSTRUCTION: |
| 0 | 08-05-14 | DIE | APPROVED | 1110415 | | | APPROVED BY: DPS | DATE: 08-04-14 | DRAWING NUMBER 26-06-85/106.55-4-0 |
| | | | | | | | WO: 1110415 | | |

SCALE: NONE

SHEET 4 OF 8

DESCRIPTION FOR THE PROPOSED 50' PERMANENT EASEMENT
ACROSS PROPERTY OF
FRANCES D. MURPHY
TAX PARCEL ID # 91.-3-5
BOOK 518, PAGE 196
LOCATED IN TOWN OF RICHMONDVILLE
SCHOHARIE COUNTY, NEW YORK

Commencing at a point in the West boundary line of the aforementioned parcel, said point being the
Northwest corner and Point of Commencement; thence along the West boundary line of said parcel of
land S 19°27'09" E a distance of 847.46 feet to a point, said point being the Point of Beginning;

Thence, N 55°41'23" E a distance of 222.04 feet to a point;
Thence, N 40°41'23" E a distance of 40.01 feet to a point;
Thence, N 25°41'23" E a distance of 40.01 feet to a point;
Thence, N 10°41'23" E a distance of 225.37 feet to a point;
Thence, N 25°41'23" E a distance of 52.31 feet to a point;
Thence, N 32°31'26" E a distance of 52.53 feet to a point;
Thence, N 48°31'26" E a distance of 547.19 feet to a point;
Thence, N 38°46'17" E a distance of 94.29 feet to a point;
Thence, N 29°01'09" E a distance of 356.62 feet to a point in the division line between the
lands of Murphy to the South and lands of Sternheimer to the North;
Thence along said division line, N 69°30'01" E a distance of 77.02 feet to a point;
Thence through the lands of Murphy, S 29°01'09" W a distance of 419.47 feet to a point;
Thence, S 38°46'17" W a distance of 102.82 feet to a point;
Thence, S 48°31'26" W a distance of 544.42 feet to a point;
Thence, S 32°31'26" W a distance of 42.52 feet to a point;
Thence, S 25°41'23" W a distance of 42.74 feet to a point;
Thence, S 10°41'23" W a distance of 225.37 feet to a point;
Thence, S 25°41'23" W a distance of 53.18 feet to a point;
Thence, S 40°41'23" W a distance of 53.18 feet to a point;
Thence, S 55°41'23" W a distance of 241.89 feet to a point;
Thence along said West boundary line, N 19°57'09" W a distance of 51.73 feet to the Point
of Beginning containing 1.93 acres.

All this is more fully shown on Drawing No. 26-06-85/106.55-1 thru 8 entitled
"Constitution Pipeline Company, LLC – Property of Frances D. Murphy – Located in Town of
Richmondville, – Schoharie County, New York" dated August 05, 2014.

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING

STATE OF NEW YORK
DONALD PHILIP SCHEL
NO. 050820
LICENSED LAND SURVEYOR

DATE:  8/6/14

| DRAWING NO. | REFERENCE TITLE | | | | CONSTITUTION PIPELINE COMPANY, LLC |
|---|---|---|---|---|---|
| 26-03-70/0001-108 | ALIGNMENT SHEET | | | | PROPOSED 30" NATURAL GAS PIPELINE |
| 26-03-70/0001-109 | ALIGNMENT SHEET | | | | CROSSING PROPERTY OF |
| | | | | | FRANCES D. MURPHY |
| | | | | | TOWN OF RICHMONDVILLE |
| | | | | | SCHOHARIE COUNTY, NEW YORK |



| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-01-13 | ISSUED FOR BID: | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-21-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: JR | DATE: 05-28-13 | ISSUED FOR CONSTRUCTION: | |
| B | 07-24-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 08-04-14 | DRAWING NUMBER 26-06-85/106.55-5-0 | SHEET 5 |
| 0 | 08-05-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | OF 8 |

DESCRIPTION FOR THE PROPOSED 50', 40' & 25' TEMPORARY WORKSPACE

Beginning at a point in the West boundary line of the aforementioned parcel, said point being located S 19°27'09" E a distance of 51.73 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 55°41'23" E a distance of 241.89 feet to a point;
Thence, N 40°41'23" E a distance of 53.18 feet to a point;
Thence, N 25°41'23" E a distance of 53.18 feet to a point;
Thence, N 10°41'23" E a distance of 225.37 feet to a point;T
Thence, N 25°41'23" E a distance of 42.74 feet to a point;
Thence, N 32°31'26" E a distance of 42.52 feet to a point;
Thence, N 48°31'26" E a distance of 544.42 feet to a point;
Thence, N 38°46'17" E a distance of 102.82 feet to a point;
Thence, N 29°01'09" E a distance of 419.47 feet to a point in the division line between the lands of Murphy to the South and lands of Sternheimer to the North;
Thence along said division line, N 69°30'01" E a distance of 34.66 feet to a point;
Thence continuing along said division line, S 19°34'39" E a distance of 36.66 feet to a point;
Thence through the lands of Murphy, S 29°01'09" W a distance of 313.11 feet to a point;
Thence, N 60°58'51" W a distance of 10.00 feet to a point;
Thence, S 29°01'09" W a distance of 111.90 feet to a point;
Thence, S 38°46'17" W a distance of 109.65 feet to a point;
Thence, S 48°31'26" W a distance of 524.38 feet to a point;
Thence, N 41°28'34" W a distance of 15.00 feet to a point;
Thence, S 48°31'26" W a distance of 19.94 feet to a point;
Thence, S 32°31'26" W a distance of 37.51 feet to a point;
Thence, S 25°41'23" W a distance of 37.96 feet to a point;
Thence, S 10°41'23" W a distance of 225.37 feet to a point;
Thence, S 25°41'23" W a distance of 59.76 feet to a point;
Thence, S 40°41'23" W a distance of 38.24 feet to a point;
Thence, S 49°18'37" E a distance of 25.00 feet to a point;
Thence, S 40°41'23" W a distance of 24.81 feet to a point;
Thence, S 55°41'23" W a distance of 51.95 feet to a point;
Thence, N 34°18'37" W a distance of 25.00 feet to a point;
Thence, S 55°41'23" W a distance of 75.83 feet to a point;
Thence, S 34°18'37" E a distance of 15.00 feet to a point;
Thence, S 55°41'23" W a distance of 91.61 feet to a point;
Thence, N 34°18'37" W a distance of 15.09 feet to a point;
Thence, S 55°41'23" W a distance of 35.69 feet to a point;
Thence, N 19°27'09" W a distance of 25.77 feet to the Point of Beginning containing 1.51 acres.

The 1.51 acres being part of the 1.79 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 8/6/14

| DRAWING NO. | REFERENCE TITLE | CONSTITUTION PIPELINE COMPANY, LLC PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF FRANCES D. MURPHY TOWN OF RICHMONDVILLE SCHOHARIE COUNTY, NEW YORK | |  |
|---|---|---|---|---|
| 26-03-70/0001-108 | ALIGNMENT SHEET | | | |
| 26-03-70/0001-109 | ALIGNMENT SHEET | | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-01-13 | ISSUED FOR BID: | | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-21-14 | DIE | ISSUED FOR CONDEMNATION APPROVAL | 1110615 | | | CHECKED BY: JR | DATE: 05-20-13 | ISSUED FOR CONSTRUCTION: | | |
| B | 07-24-14 | DIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110615 | | | APPROVED BY: DPS | DATE: 08-04-14 | DRAWING NUMBER 26-06-85/10G.55-6-0 | | SHEET 6 |
| 0 | 08-05-14 | DIE | APPROVED | 1110615 | | | WO: 1110615 | | | | OF 8 |

### DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #1

Beginning at a point in the West boundary line of the aforementioned parcel, said point being the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 19°27'09" W a distance of 10.35 feet to a point;
Thence, N 55°41'23" E a distance of 9.85 feet to a point;
Thence, S 34°18'37" E a distance of 10.00 feet to a point
Thence, S 55°41'23" W a distance of 12.30 feet to the Point of Beginning containing 0.01 acre.

The 0.01 acre being part of the 1.79 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

### DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #2

Beginning at a point located N 53°45'07" E a distance of 254.28 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 49°18'37" W a distance of 10.00 feet to a point;
Thence, N 40°41'23" E a distance of 5.47 feet to a point;
Thence, N 25°41'23" E a distance of 37.38 feet to a point;
Thence, N 10°41'23" E a distance of 43.89 feet to a point;
Thence, S 79°18'37" E a distance of 10.00 feet to a point;
Thence, S 10°41'23" W a distance of 45.21 feet to a point;
Thence, S 25°41'23" W a distance of 40.01 feet to a point;
Thence, S 40°41'23" W a distance of 6.79 feet to the Point of Beginning containing 0.02 acre.

The 0.02 acre being part of the 1.79 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

### DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #3

Beginning at a point located N 42°23'45" E a distance of 356.51 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 79°18'37" W a distance of 10.00 feet to a point;
Thence, N 10°41'23" E a distance of 153.68 feet to a point;
Thence, N 25°41'23" E a distance of 54.22 feet to a point;
Thence, N 32°31'26" E a distance of 54.53 feet to a point;
Thence, N 48°31'26" E a distance of 94.64 feet to a point;
Thence, S 41°28'34" E a distance of 10.00 feet to a point;
Thence, S 48°31'26" W a distance of 93.24 feet to a point;
Thence, S 32°31'26" W a distance of 52.53 feet to a point;
Thence, S 25°41'23" W a distance of 52.31 feet to a point;
Thence, S 10°41'23" W a distance of 152.36 feet to the Point of Beginning containing 0.08 acre.

The 0.08 acre being part of the 1.79 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

DATE:  8/6/14

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

| DRAWING NO. | REFERENCE TITLE | | |
|---|---|---|---|
| 26-03-70/0001-108 | ALIGNMENT SHEET | | |
| 26-03-70/0001-109 | ALIGNMENT SHEET | | |

**CONSTITUTION PIPELINE COMPANY, LLC**
**PROPOSED 30" NATURAL GAS PIPELINE**
**CROSSING PROPERTY OF**
**FRANCES D. MURPHY**
**TOWN OF RICHMONDVILLE**
**SCHOHARIE COUNTY, NEW YORK**



| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | | | |
|---|---|---|---|---|---|---|---|---|---|
| A | 05-21-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | DRAWN BY: GIE | DATE: 05-01-13 | ISSUED FOR BID: |
| B | 07-21-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: JR | DATE: 05-20-13 | ISSUED FOR CONSTRUCTION: |
| 0 | 08-05-14 | GIE | APPROVED | 1110415 | | | APPROVED BY: DPS | DATE: 08-04-14 | DRAWING NUMBER 26-06-85/106.55-7-0 |

SCALE: NONE
SHEET 7 OF 8

WO: 1110415

DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #4

Beginning at a point located N 37°22'17" E a distance of 859.74 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 41°28'34" W a distance of 10.00 feet to a point;
Thence, N 48°31'26" E a distance of 276.34 feet to a point;
Thence, N 38°46'17" E a distance of 92.58 feet to a point;
Thence, N 29°01'09" E a distance of 344.05 feet to a point;
Thence, N 69°30'01" E a distance of 15.40 feet to a point;
Thence, S 29°01'09" W a distance of 356.62 feet to a point;
Thence, S 38°46'17" W a distance of 94.29 feet to a point;
Thence, S 48°31'26" W a distance of 277.19 feet to the Point of Beginning containing 0.17 acre.

The 0.17 acre being part of the 1.79 acres total, as shown on Sheet 1, "Area of Temporary Workspace".

DESCRIPTION FOR THE PROPOSED 50'X150' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point located N 42°06'30" E a distance of 682.78 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 48°31'26" E a distance of 150.00 feet to a point;
Thence, S 41°28'34" E a distance of 50.00 feet to a point;
Thence, S 48°31'26" W a distance of 150.00 feet to a point;
Thence, N 41°28'34" W a distance of 50.00 feet to the Point of Beginning containing 0.17 acre.



NYSPLS LIC. NO: 050820
DONALD P. SCHEL
MASER CONSULTING P.A. 050820

DATE: 8/6/14

| DRAWING NO. | | | REFERENCE TITLE | | | | | CONSTITUTION PIPELINE COMPANY, LLC PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF FRANCES D. MURPHY TOWN OF RICHMONDVILLE SCHOHARIE COUNTY, NEW YORK | | |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-03-70/0001-108 26-03-70/0001-109 | | | ALIGNMENT SHEET ALIGNMENT SHEET | | | | | | | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 05-01-13 | ISSUED FOR BID: | | SCALE: NONE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-21-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: JR | DATE: 05-20-13 | ISSUED FOR CONSTRUCTION: | | | |
| B | 07-24-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 08-04-14 | DRAWING NUMBER: 26-06-85/106.55-8-0 | | SHEET 8 | |
| 0 | 08-05-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | OF 8 | |

ALT-R-NY-SC-006.000
Tax Parcel ID #91.-3-4



50' WIDE PERMANENT
ACCESS ROAD
AR-ALT-R-NY-SC-006.000

EASEMENT FOR RADLIFF ROAD

R/W
R/W

℄ PROPOSED 30" NATURAL
GAS PIPELINE

50' WIDE PERMANENT
EASEMENT

RONALD F. DEMARINO and
CATHERINE W. PORTER
L.L. NO. ALT-R-NY-SC-005.000

FRANCES D. MURPHY
L.L. NO. ALT-R-NY-SC-006.000
TAX PARCEL ID #
91.-3-4

FRANCES D. MURPHY
L.L. NO. ALT-R-NY-SC-007.000

NOTES:
1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.
2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . 1474.44'
   AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . 1.69 AC.
   AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . 1.57 AC.
   AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . . 0.83 AC.
3. LENGTH OF PERMANENT ACCESS ROAD . . . . . . . . . . . 360.46'
   AREA OF 50' WIDE PERMANENT ACCESS ROAD . . . . . . . . 0.42 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM A FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820
DONALD P. SCESI
MASER CONSULTING

DATE: 7/30/14

0    500    1000    1500

SCALE IN FEET

| DRAWING NO. | REFERENCE TITLE | | | | | CONSTITUTION PIPELINE COMPANY, LLC | | | SCALE: 1" = 500' |
|---|---|---|---|---|---|---|---|---|---|
| 26-03-70/0001-100 | ALIGNMENT SHEET | | | | | PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF FRANCES D. MURPHY TOWN OF RICHMONDVILLE SCHOHARIE COUNTY, NEW YORK | | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 02-21-14 | ISSUED FOR BID: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-28-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: CBC | DATE: 05-28-14 | ISSUED FOR CONSTRUCTION | | | |
| B | 07-24-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 07-25-14 | DRAWING NUMBER 26-06-85/106.32-1-0 | | SHEET 1 OF 7 | |
| 0 | 07-25-14 | GIE | APPROVED | | | | WO: 1110415 | | | | | |



POINT OF COMMENCEMENT #1

CONNECTING COURSE
S 18°51'36" E − 454.71'

RONALD F. DEMARINO and
CATHERINE W. PORTER
L.L. NO. ALT−R−NY−SC−005.000

EASEMENT FOR RADLIFT ROAD

℄ PROPOSED 30" NATURAL
GAS PIPELINE

50' WIDE PERMANENT
EASEMENT

P.O.B. OF 50' WIDE
PERMANENT EASEMENT

10' WIDE
TEMPORARY
WORKSPACE #1

40'x475' ADDITIONAL
TEMPORARY WORKSPACE

25'&40' WIDE TEMPORARY
WORKSPACE

FRANCES D. MURPHY
L.L. NO. ALT-R-NY-SC-006.000
TAX PARCEL ID #
91.3-4

NOTES:

1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.
2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . 1474.44'
   AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . . 1.69 AC.
   AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . . 1.57 AC.
   AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . . 0.83 AC.
3. LENGTH OF PERMANENT ACCESS ROAD . . . . . . . . . . . 350.46'
   AREA OF 50' WIDE PERMANENT ACCESS ROAD . . . . . . . 0.42 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820
DONALD P. SEIBEL
MASER CONSULTING

DATE: 7/30/14

SCALE IN FEET
0     200     400     600

| DRAWING NO. | | | REFERENCE TITLE |
|---|---|---|---|
| 26-03-70/0001-100 | | | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
FRANCES D. MURPHY
TOWN OF RICHMONDVILLE
SCHOHARIE COUNTY, NEW YORK

CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK | APP. | DRAWN BY: DLE | DATE: 02-21-14 | ISSUED FOR BID: | | SCALE: 1"= 200' |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-28-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: CBC | DATE: 05-28-14 | ISSUED FOR CONSTRUCTION: | | |
| B | 07-24-14 | GIE | REVISED − ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 07-25-14 | DRAWING NUMBER: 26-06-85/106.32-2-0 | | SHEET 2 |
| 0 | 07-25-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | OF 7 |



NOTES:

1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.

2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . 1474.44'

    AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . 1.80 AC.

    AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . 1.57 AC.

    AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . . 0.83 AC.

3. LENGTH OF PERMANENT ACCESS ROAD . . . . . . . . . . . 360.46'

    AREA OF 50' WIDE PERMANENT ACCESS ROAD . . . . . . . . 0.42 AC.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED
BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING
A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST
ON THE GROUND AS OF THE SURVEY.

NYSPLS LIC. NO. 050820
DONALD P. OCHEL
MASER CONSULTING P.A.

DATE: 7/30/14

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|-----|------|----|----|----|----|----|
| A | 03-28-14 | DEC | ISSUED FOR CONDEMNATION APPROVAL | 1110413 | | |
| A | 07-24-14 | DEC | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110413 | | |
| 0 | 07-25-14 | DEC | APPROVED | 1110413 | | |

DRAWING NO.: 26-03-70/0001-108

REFERENCE TITLE: ALIGNMENT SHEET

DRAWN BY: BIE    DATE: 02-21-14    ISSUED FOR BID:

CHECKED BY: CDC    DATE: 05-28-14    ISSUED FOR CONSTRUCTION:

APPROVED BY: DPS    DATE: 07-25-14    DRAWING NUMBER: 26-06-85/106.32-3-0

WO: 1110413

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
FRANCES D. MURPHY
TOWN OF RICHMONDVILLE
SCHOHARIE COUNTY, NEW YORK

SCALE: 1"=200'

SHEET 3 OF 7

℄ PROPOSED 30" NATURAL GAS PIPELINE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 1–2 | N 49°30'32" E | 1355.73' |
| 2–3 | N 55°41'23" E | 118.71' |

50' WIDE PERMANENT EASEMENT

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 4–5 | N 49°30'32" E | 1347.13' |
| 5–6 | N 55°41'23" E | 126.69' |
| 6–7 | S 19°27'09" E | 51.73' |
| 7–8 | S 55°41'23" W | 110.73' |
| 8–9 | S 49°30'32" W | 1364.32' |
| 9–4 | N 18°47'36" W | 53.81' |

25 & 40' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 9–8 | N 49°30'32" E | 1364.32' |
| 8–7 | N 55°41'23" E | 110.73' |
| 7–10 | S 19°27'09" E | 25.87' |
| 10–11 | S 55°41'23" W | 15.90' |
| 11–12 | S 34°18'37" E | 15.00' |
| 12–13 | S 55°41'23" W | 86.03' |
| 13–14 | S 49°30'32" W | 642.68' |
| 14–15 | N 40°29'28" W | 15.00' |
| 15–16 | S 49°30'32" W | 225.11' |
| 16–17 | S 40°29'28" E | 15.00' |
| 17–18 | S 49°30'32" W | 510.29' |
| 18–9 | N 18°47'36" W | 43.05' |

10' WIDE TEMPORARY WORKSPACE #1

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 4–19 | N 18°47'36" W | 10.76' |
| 19–20 | N 49°30'32" E | 622.03' |
| 20–21 | S 40°29'28" E | 10.00' |
| 21–4 | S 49°30'32" W | 626.01' |

10' WIDE TEMPORARY WORKSPACE #2

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 22–23 | N 40°29'28" W | 10.00' |
| 23–24 | N 49°30'32" E | 277.20' |
| 24–25 | S 26°01'19" E | 10.33' |
| 25–22 | S 49°30'32" W | 274.62' |

10' WIDE TEMPORARY WORKSPACE #3

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 26–27 | N 26°01'19" W | 10.33' |
| 27–28 | N 49°30'32" E | 31.30' |
| 28–29 | S 40°29'28" E | 10.00' |
| 29–26 | S 49°30'32" W | 33.88' |

10' WIDE TEMPORARY WORKSPACE #4

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 30–31 | N 40°29'28" W | 10.00' |
| 31–32 | N 49°30'32" E | 82.80' |
| 32–33 | S 40°29'28" E | 10.00' |
| 33–30 | S 49°30'32" W | 82.80' |

10' WIDE TEMPORARY WORKSPACE #5

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 34–35 | N 40°29'28" W | 10.00' |
| 35–36 | N 49°30'32" E | 197.12' |
| 36–37 | N 55°41'23" E | 129.88' |
| 37–6 | S 19°27'09" E | 10.35' |
| 6–5 | S 55°41'23" W | 126.69' |
| 5–34 | S 49°30'32" W | 196.58' |

40'x475' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 18–39 | N 49°30'32" E | 475.42' |
| 39–40 | S 40°29'28" E | 40.00' |
| 40–38 | S 49°30'32" W | 491.33' |
| 38–18 | N 18°47'36" W | 43.05' |

40'x425' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 41–42 | N 49°30'32" E | 425.10' |
| 42–43 | S 40°29'28" E | 40.00' |
| 43–44 | S 49°30'32" W | 425.10' |
| 44–41 | N 40°29'28" W | 40.00' |

50' WIDE PERMANENT ACCESS ROAD
AR–ALT–R–NY–SC–006.000

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 45–46 | S 72°41'30" E | 36.72' |
| 46–47 | S 51°03'24" E | 22.03' |
| 47–48 | S 19°05'27" E | 22.03' |
| 48–49 | S 12°52'30" W | 22.03' |
| 49–50 | S 32°15'49" W | 123.18' |
| 50–51 | S 17°09'13" W | 34.15' |
| 51–52 | S 01°27'12" W | 34.15' |
| 52–53 | S 14°14'48" E | 34.15' |
| 53–54 | S 25°29'52" E | 32.05' |

DATE: 7/30/14

NYSPLS LIC. NO. 050820
DONALD P. SCHEU
MASER CONSULTING P.A.

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK | APP. |
|---|---|---|---|---|---|---|
| A | 05–29–14 | DIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| B | 07–24–14 | DIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 0 | 07–25–14 | DIE | APPROVED | 1110415 | | |

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-108 | ALIGNMENT SHEET |

| DRAWN BY: DIE | DATE: 02–21–14 | ISSUED FOR BID: |
| CHECKED BY: CBC | DATE: 05–28–14 | ISSUED FOR CONSTRUCTION: |
| APPROVED BY: DPS | DATE: 07–25–14 | DRAWING NUMBER: 26–06–85/106.32–4–0 |
| WO: 1110415 | | |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
FRANCES D. MURPHY
TOWN OF RICHMONDVILLE
SCHOHARIE COUNTY, NEW YORK

SCALE: NONE

CONSTITUTION PIPELINE

SHEET 4 OF 7

## DESCRIPTION FOR THE PROPOSED 50' PERMANENT EASEMENT
### ACROSS PROPERTY OF
### FRANCES D. MURPHY
TAX PARCEL ID # 91.-3-4
DEED BOOK 518, PAGE 194
LOCATED IN TOWN OF RICHMONDVILLE
SCHOHARIE COUNTY, NEW YORK

Commencing at a point in the North boundary line of the aforementioned parcel, said point being the Northwest corner and Point of Commencement #1; thence along the West boundary line of said parcel of land S 18°51'36" E a distance of 454.71 feet to a point, said point being the Point of Beginning;

Thence, N 49°30'32" E a distance of 1347.13 feet to a point;

Thence, N 55°41'23" E a distance of 126.69 feet to a point located in the division line between lands of Frances D. Murphy to the East and lands of Frances D. Murphy to the West;

Thence, along said division line, S 19°27'09" E a distance of 51.73 feet to a point;

Thence, through the lands of Frances D. Murphy, S 55°41'23" W a distance of 110.73 feet to a point;

Thence, S 49°30'32" W a distance of 1364.32 feet to a point;

Thence, N 18°47'36" W a distance of 53.81 feet to the Point of Beginning containing 1.69 acres.

All this is more fully shown on Drawing No. 26-06-85/106.32-1 thru 7 entitled "Constitution Pipeline Company, LLC — Property of Frances D. Murphy — Located in Town of Richmondville, — Schoharie County, New York" dated July 25, 2014.

## DESCRIPTION FOR THE PROPOSED 25' & 40' TEMPORARY WORKSPACE

Beginning at a point in the West boundary line, said point located S 18°47'36" E a distance of 53.81 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 49°30'32" E a distance of 1364.32 feet to a point;

Thence, N 55°41'23" E a distance of 110.73 feet to a point located in the division line between lands of Francis D. Murphy to the East and lands of Francis D. Murphy to the West;

Thence along said division line, S 19°27'09" E a distance of 25.87 feet to a point;

Thence through the lands of Francis D. Murphy, S 55°41'23" W a distance of 15.90 feet to a point;

Thence, S 34°18'37" E a distance of 15.00 feet to a point;

Thence, S 55°41'23" W a distance of 86.03 feet to a point;

Thence, S 49°30'32" W a distance of 642.68 feet to a point;

Thence, N 40°29'28" W a distance of 15.00 feet to a point;

Thence, S 49°30'32" W a distance of 225.11 feet to a point;

Thence, S 40°29'28" E a distance of 15.00 feet to a point;

Thence, S 49°30'32" W a distance of 510.29 feet to a point;

Thence, N 18°47'36" W a distance of 43.05 feet to the Point of Beginning containing 1.27 acres.

The 1.27 acres being part of the 1.57 acre total, as shown on Sheet 1, "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #1

Beginning at a point in the West boundary line, said point being the Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 18°47'36" W a distance of 10.76 feet to a point;

Thence, N 49°30'32" E a distance of 622.03 feet to a point;

Thence, S 40°29'28" E a distance of 10.00 feet to a point;

Thence, S 49°30'32" W a distance of 626.01 feet to the Point of Beginning containing 0.14 acres.

The 0.14 acres being part of the 1.57 acre total, as shown on Sheet 1, "Area of Temporary Workspace".

NYSPLS LIC. NO. 050829
DONALD P. SCHELL
MASER CONSULTING P.A. LAND SURVEY

DATE: 7/30/14

| DRAWING NO. | | | REFERENCE TITLE | | | | | | | | | CONSTITUTION PIPELINE COMPANY, LLC |||| |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-03-70/0001-108 | | | ALIGNMENT SHEET | | | | | | | | | PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF FRANCES D. MURPHY TOWN OF RICHMONDVILLE SCHOHARIE COUNTY, NEW YORK ||||  |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK | APP | DRAWN BY: GIE | DATE: 02-21-14 | ISSUED FOR BID: | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-28-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: CBC | DATE: 05-28-14 | ISSUED FOR CONSTRUCTION: | |
| B | 07-24-14 | GIE | REVISED — ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 07-25-14 | DRAWING NUMBER: 26-06-85/106.32-5-0 | SHEET 5 |
| 0 | 07-25-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | OF 7 |

HA_Mm\1874\100 — Constitution Pipeline\3 Pipeline\Condemnation\ALT-8-NY-80-006.000-8_0.DWG

## DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #2

Beginning at a point located N 49°30'32" E a distance of 648.65 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 40°29'28" W a distance of 10.00 feet to a point;
Thence, N 49°30'32" E a distance of 277.20 feet to a point;
Thence, S 26°01'19" E a distance of 10.33 feet to a point;
Thence, S 49°30'32" W a distance of 274.62 feet to the Point of Beginning containing 0.06 acres. The 0.06 acres being part of the 1.57 acre total as shown on Sheet 1 "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #3

Beginning at a point located N 49°30'32" E a distance of 974.91 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 26°01'19" W a distance of 10.33 feet to a point;
Thence, N 49°30'32" E a distance of 31.30 feet to a point;
Thence, S 40°29'28" E a distance of 10.00 feet to a point;
Thence, S 49°30'32" W a distance of 33.88 feet to the Point of Beginning containing 0.01 acres. The 0.01 acres being part of the 1.57 acre total, as shown on Sheet 1, "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #4

Beginning at a point located N 49°30'32" E a distance of 1045.69 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 40°29'28" W a distance of 10.00 feet to a point;
Thence, N 49°30'32" E a distance of 82.80 feet to a point;
Thence, S 40°29'28" E a distance of 10.00 feet to a point;
Thence, S 49°30'32" W a distance of 82.80 feet to the Point of Beginning containing 0.02 acres. The 0.02 acres being part of the 1.57 acre total, as shown on Sheet 1, "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #5

Beginning at a point located N 49°30'32" E a distance of 1150.55 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 40°29'28" W a distance of 10.00 feet to a point;
Thence, N 49°30'32" E a distance of 197.12 feet to a point;
Thence, N 55°41'23" E a distance of 129.88 feet to a point located in the division line between lands of Francis D. Murphy to the East and lands of Francis D. Murphy to the West;
Thence along said division line, S 19°27'09" E a distance of 10.35 feet to a point;
Thence through the lands of Francis D. Murphy, S 55°41'23" W a distance of 126.69 feet to a point;
Thence, S 49°30'32" W a distance of 196.58 feet to the Point of Beginning containing 0.07 acres. The 0.07 acres being part of the 1.57 acre total, as shown on Sheet 1, "Area of Temporary Workspace".

NYSPLS LIC. NO. 050820
DONALD P. SCHELL
MASER CONSULTING P.A.

DATE: 7/30/14

| DRAWING NO. | REFERENCE TITLE | | | | | | |
|---|---|---|---|---|---|---|---|
| 26-03-70/0001-108 | ALIGNMENT SHEET | | | | | | |

**CONSTITUTION PIPELINE COMPANY, LLC**
**PROPOSED 30" NATURAL GAS PIPELINE**
**CROSSING PROPERTY OF**
**FRANCES D. MURPHY**
**TOWN OF RICHMONDVILLE**
**SCHOHARIE COUNTY, NEW YORK**

CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: DIE | DATE: 02-21-14 | ISSUED FOR BID: | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-26-14 | DIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: CBC | DATE: 05-28-14 | ISSUED FOR CONSTRUCTION: | |
| A | 07-24-14 | DIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 07-25-14 | DRAWING NUMBER 26-06-85/106.32-6-0 | SHEET 6 |
| 0 | 07-25-14 | DIE | APPROVED | 1110415 | | | WO: 1110415 | | | OF 7 |

### DESCRIPTION FOR THE PROPOSED 40'x475' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point in the West boundary line, said point located S 18°47'36" E a distance of 96.86 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 49°30'32" E a distance of 475.42 feet to a point;
Thence, S 40°29'28" E a distance of 40.00 feet to a point;
Thence, S 49°30'32" W a distance of 491.33 feet to a point;
Thence, N 18°47'36" W a distance of 43.05 feet to the Point of Beginning containing 0.44 acres.

The 0.44 acres being part of the 0.83 acre total as shown on Sheet 1 "Area of Additional Temporary Workspace".


### DESCRIPTION FOR THE PROPOSED 40'x425 ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point located N 55°37'22" E and a distance of 845.07 feet from the set Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 49°30'32" E a distance of 425.10 feet to a point;
Thence, S 40°29'28" E a distance of 40.00 feet to a point;
Thence, S 49°30'32" W a distance of 425.10 feet to a point;
Thence, N 40°29'28" W a distance of 40.00 feet to the Point of Beginning containing 0.39 acres.

The 0.39 acres being part of the 0.83 acre total, as shown on Sheet 1, "Area of Additional Temporary Workspace".


### DESCRIPTION FOR THE CENTERLINE OF 50' WIDE ACCESS ROAD
#### AR-ALT-R-NY-SC-006.000
#### ACROSS PROPERTY OF
#### FRANCES D. MURPHY
TAX PARCEL ID # 91.-3-4
DEED BOOK 518, PAGE 194
LOCATED IN TOWN OF RICHMONDVILLE
SCHOHARIE COUNTY, NEW YORK

Commencing at a point in the North boundary line of the aforementioned parcel, said point being the Northeast corner and Point of Commencement #2; thence in a Northhthwesterly direction, S 73°36'55" W a distance of 393.93 feet to a point, said point being the Point of Beginning and Centerline of the herein described 50 foot Access Road, with the outside edge of said road lyine 25 feet, Parallel and Contiguous, Easterly and Westerly of the said Centerline;

Thence, S 72°41'30" E a distance of 36.72 feet to a point;
Thence, S 51°03'24" E a distance of 22.03 feet to a point;
Thence, S 19°05'27" E a distance of 22.03 feet to a point;
Thence, S 12°52'30" W a distance of 22.03 feet to a point;
Thence, S 32°15'49" W a distance of 123.18 feet to a point;
Thence, S 17°09'13" W a distance of 34.15 feet to a point;
Thence, S 01°27'12" W a distance of 34.15 feet to a point;
Thence, S 14°14'48" E a distance of 34.15 feet to a point;
Thence, S 25°29'52" E a distance of 32.05 feet to the Point of Termination containing 0.42 acres.

All this is more fully shown on Drawing No. 26-06-85/106.32-1 thru 7 entitled "Constitution Pipeline Company, LLC – Property of Frances D. Murphy located in Town of Richmondville, – Schoharie County, New York" dated May 28, 2014.

DATE: 7/30/14

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

| DRAWING NO. | REFERENCE TITLE | | | | | CONSTITUTION PIPELINE COMPANY, LLC | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26-03-70/0001-108 | ALIGNMENT SHEET | | | | | PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF FRANCES D. MURPHY TOWN OF RICHMONDVILLE SCHOHARIE COUNTY, NEW YORK | | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 02-01-14 | ISSUED FOR BID: | | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 05-28-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110615 | | | CHECKED BY: CBC | DATE: 05-28-14 | ISSUED FOR CONSTRUCTION: | | |
| B | 07-24-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110615 | | | APPROVED BY: DPS | DATE: 07-25-14 | DRAWING NUMBER: 26-06-85/106.32-7-0 | | SHEET 7 |
| 0 | 07-25-14 | GIE | APPROVED | 1110615 | | | WO: 1110615 | | | | OF 7 |